HARRY S. DUBE, Appellant, v. BERNICE DUBE, Respondent. LONG ISLAND RAILROAD COMPANY, Defendant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case

* Affd., 251 N. Y. ——. † Affd., 250 N. Y. 629.

is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Judicial Settlement of the Accounts of BERTHA STURGEON, as Administratrix, etc., of ELI STURGEON, Deceased.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.